IN IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

MARY BOND, on behalf of herself
And others similarly situated,

   Plaintiffs,

v.

BIG DADDY'S OYSTER BAR,      Case No. 3:25-cv-00240-LMM
INC., a Georgia Domestic Profit
Corporation, and DAVID M.
SUTHERLAND, an individual,

   Defendants.
_____/

## **DEFENDANT'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

Defendants, Big Daddy's Oyster Bar, Inc. and David M. Sutherland ("Defendants"), by and through their undersigned counsel of record, pursuant to Local Rule 3.3(A) and Fed. R. Civ. P. 7.1, hereby submit the Certificate of Interested Persons and Corporate Disclosure Statement, as follows:

(1) The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

   A. Jose Mirando– Mary Bond

    B. Big Daddy's Oyster Bar, Inc. - Defendant

    C. David M. Sutherland - Defendant

(2) The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

    A. None

(3) The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

    A. Carlos V. Leach, Esq. – Counsel for Plaintiff

    B. Jordan P. Rose, Esq. – Counsel for Plaintiff

    C. THE LEACH FIRM, P.A.– Counsel for Plaintiffs

    D. Ian E. Smith, Esquire – Counsel for Defendants

    E. SPIRE LAW, PLLC – Counsel for Defendants

Dated this 12th day of December, 2025.

                                        Respectfully submitted,

                                        SPIRE LAW, PLLC
                                        2572 W. State Road 426, Suite 2088
                                        Oviedo, Florida 32765

                                        By:*/s/ Ian E. Smith, Esq.*
                                            Ian E. Smith, Esq.
                                            Georgia Bar No. 661492

> ian@spirelawfirm.com
> filings@spirelawfirm.com
> *Attorneys for Defendants*

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 5.1

The undersigned hereby certifies that the foregoing document has been prepared in accordance with the font type and margin requirements of Local Rule 5.1 of the Northern District of Georgia, using a font type of Book Antigua and a point size of 13.

> */s/ Ian E. Smith, Esq.*
> Ian E. Smith, Esq.
> Georgia Bar No. 661492

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of August 2025, I electronically filed the foregoing Certificate of Interested Persons and Corporate Disclosure Statement with the Clerk of District Court, Northern District of Georgia via the Court Clerk's CM/ECF which will send a notice of electronic filing to all counsel of record.

> */s/ Ian E. Smith, Esq.*
> Ian E. Smith, Esq.
> Georgia Bar No. 661492